STATE OF LOUISIANA, COASTAL PROTECTION AND RESTORATION AUTHORITY

VERSUS

HON. VERCELL FIFFIE

NO. 23-C-516

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

November 08, 2023

Linda Wiseman
First Deputy Clerk

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

IN RE STATE OF LOUISIANA, COASTAL PROTECTION & RESTORATION AUTHORITY

APPLYING FOR SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE VERCELL FIFFIE, DIVISION "A", NUMBER 80,829

Panel composed of Judges Marc E. Johnson,
Robert A. Chaisson, and Scott U. Schlegel

## WRIT GRANTED FOR LIMITED PURPOSE

In this expropriation case filed on September 12, 2023, the Coastal Protection and Restoration Authority (CPRA) seeks to expropriate various properties in St. John the Baptist Parish for the purpose of construction of the Maurepas Swamp Project. In its current Petition for Writ of Mandamus now filed with our Court, in which it requests expedited consideration, CPRA alleges that despite the mandatory requirements of La. R.S. 19:144, and despite the fact that it filed, on October 26, 2023, an additional Motion for Execution of Order of Expropriation with request for expedited consideration, the trial court has failed to issue an Order of Expropriation, which is causing a delay of the entire Maurepas Swamp Project.

Accordingly, in light of the mandatory language contained in La. R.S. 19:144, we grant this writ application for the limited purpose of ordering the trial court, by 4:00 p.m. on November 9, 2023, to take action on CPRA's Petition for Expropriation by either issuing the Order of Expropriation as presented by CPRA, or, if it finds deficiencies in the petition or other valid grounds for denial of the Order of Expropriation, to provide written reasons that concisely state the grounds for the denial. We further order the trial court to immediately provide a copy of its ruling, and its written reasons for its ruling should there be any, to CPRA and to this Court.

Gretna, Louisiana, this 8th day of November, 2023.

RAC
MEJ
SUS

23-C-516

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/08/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-C-516**

**E-NOTIFIED**

40th District Court (Clerk)
Honorable Vercell Fiffie (DISTRICT JUDGE)
Vercell Fiffie (Respondent)

James L. Bradford, III (Relator)
D. Stephen Brouillette, Jr. (Relator)

**MAILED**

David A. Peterson (Relator)
J. Ryan Vivian (Relator)
Attorney at Law
150 Terrace Avenue
Baton Rouge, LA 70802

Eliana Defrancesch (Respondent)
Clerk of Court
40th Judicial District Court
2393 Highway 18, Suite 100
Edgard, LA 70049

Goldie Rainey (Respondent)
Legal Secretary
40th Judicial District Court, Division A
2393 Highway 18, Suite 100
Edgard, LA 70049

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

7016 2070 0000 0954 7356

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total
$

David A. Peterson
Attorney at Law
150 Terrace Avenue
Baton Rouge, LA 70802
23-C-516                    11-08-23

Sent
Street
City

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David A. Peterson
Attorney at Law
150 Terrace Avenue
Baton Rouge, LA 70802
23-C-516                    11-08-23

9590 9402 2434 6249 3571 39

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7356

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David A. Peterson
Attorney at Law
150 Terrace Avenue
Baton Rouge, LA 70802

23-C-546                    11-08-23

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2434 6249 3571 39

2. Article Number (Transfer from service label)

7016 2070 0000 0954 7356

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Karen Wallace_                    ☑ Agent
                                      ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   H J Du Elane                         11-13-23

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail                       
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt